ACCEPTED
15-25-00051-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/22/2025 3:30 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00051-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/22/2025 3:30:07 PM
CHRISTOPHER A. PRINE
Clerk

**In the Court of Appeals 15ᵗʰ Judicial District of Texas at Austin, Texas**

**Originating out of the Fifth Court of Appeals for the State of Texas at Dallas, Texas**

**MARIBEL L. HILL**
**Appellant**

**vs.**

**DWIGHT L. HILL**
**Appellee**

On Appeal from the
302nd Judicial District Court, Dallas County, Texas
Cause No. DF-22-14398
(Hon. Sandra Jackson, Judge Presiding)

**AGREED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Appellee, Dwight L. Hill, files this Agreed Motion for Extension of Time to File Appellee's Brief under Texas Rules of Appellate Procedure 10.1, 10.5(b) and 38.6(d). In support of this motion, Appellee would show the following:

1. This is an appeal from a Decree of Divorce. Appellant's Brief was filed on August 21, 2025, after one extension.

2. Under the current schedule, Appellee's Brief is due September 22, 2025. Appellee requests a forty-five (45) day extension of time to file his Brief, such that Appellee's deadline to file his Brief would be extended to Thursday, November 6, 2025.

3. This is Appellee's first request for an extension of time for the filing of his Brief.

4. Counsel for Appellant has agreed to this requested extension.

5. Appellee's counsel's paralegal has been away from the office for three weeks during the last thirty days.

6. Appellee's request for extension is reasonable under the circumstances. Appellee seeks this extension in the interests of justice and judicial economy, not for purposes of delay or because of any intentional or deliberate failure by Appellee or his counsel to comply with the appellate rules.

WHEREFORE, PREMISES CONSIDERED, Appellee, Dwight L. Hill moves this Court for an order granting an agreed-upon extension of time to file Appellee's Brief of forty-five (45) days from the currently scheduled deadline of September 22, 2025, to Thursday, November 6, 2025, and for such other and further relief to which Appellee shows himself justly entitled.

Respectfully submitted,

**ORSINGER, NELSON, DOWNING & ANDERSON, LLP**
425 Soledad, Suite 550
San Antonio, Texas 78205

Telephone: (210) 225-5567

By: /s/ *Richard R. Orsinger*
    Richard R. Orsinger
    State Bar No. 15322500
    E-mail: richard@ondafamilylaw.com

**EPSTEIN FAMILY LAW, P.C.**
5949 Sherry Lane
Ste. 1070
Dallas, Texas 75225
Telephone: (972) 232-7673

Robert Epstein
State Bar No. 24065206
E-mail: robert@epsteinpc.com

Attorneys for Dwight L. Hill,
Appellee

## CERTIFICATE OF CONFERENCE

I hereby certify that I communicated with Marisol Lopez, counsel for Appellant, and she has agreed to the extension requested.

        /s/ Richard R. Orsinger
        Richard R. Orsinger

## CERTIFICATE OF SERVICE

I certify that on September 22, 2025, I served a copy of the foregoing Agreed Motion for Extension of Time to File Appellee's Brief, on the parties listed below by E-Service and email:

ATTORNEYS FOR APPELLANT Maribel L. Hill:

Marisol Lopez
State Bar No. 24050952

---

marisol@lawyerforu.com

**MARISOL LOPEZ LAW FIRM**
301 W. Avenue D
Garland, TX 75040
Telephone (972) 205-1110

                     /s/ *Richard R. Orsinger*
                     Richard R. Orsinger
                     Attorney for Appellee

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Richard Orsinger on behalf of Richard Orsinger
Bar No. 15322500
richard@ondafamilylaw.com
Envelope ID: 105916979
Filing Code Description: Motion - Exempt
Filing Description: Agreed Motion for Extension of Time to File Appellee's Brief
Status as of 9/22/2025 3:40 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Robert Epstein | 24065206 | robert@epsteinpc.com | 9/22/2025 3:30:07 PM | SENT |
| Richard Osinger | | richard@ondafamilylaw.com | 9/22/2025 3:30:07 PM | SENT |
| Marisol Lopez | | marisol@lawyerforu.com | 9/22/2025 3:30:07 PM | SENT |